EDMUND VALK and JAMES PELS CO., INC., Respondents, v. REILLY TAR & CHEMICAL CORPORATION, Appellant.— Order modified by providing as to item " 1 " of the notice of motion that defendant may replead its counterclaim against James Pels Co., Inc., making appropriate allegations that said corporation and James Pels, N. V., were regarded by the parties to the contracts as one and the same corporation; by denying item " 4 " of the notice of motion; and by giving leave to replead the matter set forth in item " 6 " of the notice of motion, and, as so modified, affirmed. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore. J., concurs in the modification but dissents from the determination made to the extent that he votes also to deny item " 2 " of the notice of motion relating to the first complete defense to the second cause of action. (See *Staten Island M. R. R. Co.* v. *Hinchliffe*, 170 N. Y. 473, 481; *Morgan Munitions Co.* v. *Studebaker Corp.*, 226 id. 94, 98.) Settle order on notice.

ALFRED BERGMAN, Respondent, v. ROYAL TYPEWRITER COMPANY. INC., Appellant.— Orders and judgment modified by reducing the summary judgment to the sum of $2,319.66, with interest. The item of $3,375 must be eliminated as there are issues of fact concerning this claim. As so modified, the orders and judgment are affirmed, with costs to the appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; O'Malley, J., dissents and votes to affirm. Settle order on notice.

S. JEROME FEINBERG, Individually and as President of the Retail Egg Distributors Association, and NATHAN ROSENSTEIN, Respondents, v. JOE PAPPAS, as President of International Brotherhood of Teamsters, etc., Commission Drivers & Chauffeurs Local Union No. 202, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, without costs, and the case set down at the head of the ready calendar for trial on January 5, 1942. In so disposing of the appeal we are in no way passing upon the merits. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

AGATINO RICCIARDI, as Administrator, etc., of JOHN RICCIARDI, Also Known as GIOVANNI RICCIARDI, Deceased, Appellant, v. WILLIAM A. PINTARD and JANE S. PINTARD, Respondents.— Order affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and grant the motion.

ENRICO VOLPE, Respondent, v. MAX HEILVEIL, INC., and Others, Defendants, Impleaded with MAX HEILVEIL, Appellant.— Judgment and order unanimously reversed, with costs, and the motion denied, on the ground that there are questions of fact which should be determined only upon a trial. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.